ROBIN JOLEEN AYARS, APPELLANT AND CROSS-APPELLEE, V.
RICHARD MICHAEL AYARS, APPELLEE AND CROSS-APPELLANT.
455 N.W.2d 546

Filed May 18, 1990.   No. 88-574.

Chris Horacek, of Hroch, Schelstraete & Horacek, for appellant.

Michael E. Willet, of Everson, Wullschleger, Sutter, Korslund & Willet, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.
Upon consideration of the briefs and the recommendation of the Appellate Division of the District Court, and upon a de novo review of the record, we find that the trial court abused its discretion in awarding appellant an attorney fee, and, accordingly, the judgment is modified to exclude the award of an attorney fee to the appellant, and, as so modified, the judgment is affirmed.

AFFIRMED AS MODIFIED.